**Opinion issued August 15, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00168-CV
_____

**JOHNNIE JEFFERSON, Appellant**

**V.**

**AMEGY MORTGAGE COMPANY, LLC, Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 16-DCV-237357**

## MEMORANDUM OPINION

Appellant Johnnie Jefferson has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal

of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.